IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT FARRUG, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Sara L. Ellis |
| | ) | |
| v | ) | 1:18-cv-01582 |
| | ) | |
| VILLAGE OF MINOOKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS
### WITH PREJUDICE

The Parties, Plaintiff ROBERT FARRUG by and through his attorneys of DVORAK LAW OFFICES, LLC, Defendants VILLAGE OF MINOOKA, RENEE PARRISH, and MATTHEW CHINSKI, by and through their attorneys of MAISEL & ASSOCIATES, and Defendant CHRISTOPHER PRATL, by and through his attorneys of KNIGHT, HOPPE, KURNIK & KNIGHT LLC, hereby stipulate that pursuant to a settlement, the above-captioned matter shall be dismissed with prejudice, with each party bearing his/hers/its own fees and costs.

Date: August 7, 2018.

| *For the Plaintiff:* | *For Defendant Village and Defendants Parrish and Chinski* |
|---|---|
| s/Richard J. Dvorak | s/Eric A. Krumdick |
| Richard J. Dvorak | Eric A. Krumdick |
| Dvorak Law Offices, LLC | Maisel & Associates |
| 6262 Kingery Highway | 161 N. Clark St. |
| Suite 305 | Suite 800 |
| Willowbrook, IL 60527 | Chicago, IL 60601 |
| (312) 593-7146 | (312) 458-6500 |

1

*For Defendant Pratl:*

<u>s/Matthew Scott Clark</u>
Matthew Scott Clark
Knight, Hoppe, Kurnik & Knight LLC
5600 North River Road
Suite 600
Rosemont, IL 60018
(847) 261-0700

.